UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THE INTEGRA HILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-CV-312 |
| | ) |
| JENNIFER NORMAN, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 5, 2019, [Doc. 9]. In that Report and Recommendation, the Magistrate Judge recommends that defendant's motion to withdraw her petition for removal, [Doc. 4] be granted, and that this matter be remanded to the Hamilton County General Sessions Court, and this federal case be closed; further, the Magistrate Judge recommends that defendant's application to proceed *in forma pauperis*, [Doc. 1], be denied as moot, [Doc. 9 at 2-3]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 9], that the defendant's motion to withdraw her petition for removal, [Doc. 4], is GRANTED and that this matter be remanded to the Hamilton County General Sessions Court, and this federal case be closed. Further, defendant's application to proceed *in forma pauperis*, [Doc. 1], is DENIED AS MOOT.

So ordered.

ENTER:

                                                                                     s/J. RONNIE GREER  
                                                                     UNITED STATES DISTRICT JUDGE